IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAMES R. ROBINSON**, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Case No. 1:13-CV-02234-RDB |
| | * | |
| **MARYLAND DEPARTMENT OF THE ENVIRONMENT**, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF MARK MANK

1. I am over the age of eighteen and competent to testify to the matters stated herein.

2. I have been employed by the Maryland Department of the Environment ("MDE" or "Department") as an Environmental Toxicologist since 2000. My education, training, and experience are described on my curriculum vitae, attached hereto as Mank Aff. Ex. C-1.

3. I am familiar with the issues raised regarding the Voluntary Cleanup Program "VCP" applications filed by Baltimore Development Corporation ("BDC") in 2010 for two aggregated parcels of real estate commonly known as the "Gateway South Phase I Properties" and the "Warner Street Properties". A second VCP application for the aggregate parcels, "site" was filed by CBAC Gaming filed in 2012. I am familiar with MDE's investigation into potential environmental issues associated with the



property as well as environmental investigations and assessments performed throughout this area of the City and areas surrounding the Middle Branch, Baltimore's Inner Harbor and the Greater Patapsco River watershed. I have reviewed and analyzed information and data supplied during the course of the investigation(s).

4.  I am familiar with both the human health evaluation process and the ecological risk assessment process and perform these analyses for MDE. The primary objectives of these processes are to provide a baseline analysis of risks and help determine the need for action at sites. These processes provide a consistent basis for determining if the levels of chemicals of concern at a site require an environmental response to provide protection of public health and the environment. The risk assessment process is the basis for comparing potential impacts of various remedial alternatives.

5.  As the Environmental Toxicologist for the Land Management Administration (LMA) of the MDE I am responsible for reviewing and conducting risk assessments to determine whether or not environmental responses are necessary at a site to protect human health and the environment. I conducted multiple risk assessments of the property in question as well as surrounding properties including Carroll Camden, December 2001, Maryland Chemical Company Warner Street, April 2005, Warner Street Wetlands, January 2006, Gateway South Phase I, December 2009 and Warner Street Properties, March 2010.

6.  I am the principal author of MDE's Cleanup Standards for Soil and Groundwater – Interim Final Guidance – June 2008 and the periodic updates to that document. This document as well as the United States Environmental Protection Agency

(EPA) Risk Assessment Guidance for Superfund (RAGs) Parts A through F and Ecological Risk Assessment Guidance for Superfund serve as supporting documents utilized in the assessment process.

7. MDE's Cleanup Standards for Soil and Groundwater is a guidance document that does not constitute law or regulation. Use of the guidance document is "subject to approval by the Department."

8. Data utilized during the assessment process of the Gateway South and Warner Street properties consisted of surface and subsurface soil samples, groundwater samples and vapor samples. Samples were analyzed for VOCs, metals, PCBs, pesticides, herbicides, SVOCs, total petroleum hydrocarbons-gasoline range organics (TPH-GRO) and total petroleum hydrocarbons-diesel range organics (TPH-DRO). The exact number of samples collected and evaluated are detailed in the affidavit provided by Richelle Hanson. Additional sediment, surface water, groundwater and soil samples have been collected and evaluated for properties in the immediate vicinity of the site and along the Warner Street Wetlands.

9. Carcinogenic and noncarcinogenic risks via incidental ingestion and dermal contact with surface and subsurface soils were identified in the assessment. Based upon these risks an environmental response for soil exposure pathways was merited on site and was required of both BDC and CBAC Gaming as a requirement of their acceptance into the VCP. Based on the data collected and the associated risks via soil exposure pathways, an environmental cap on the property with additional investigation or removal of arsenic soil contamination around soil boring SB-38 was warranted. A cap represents

an appropriate environmental response to protect public health and the environment via soil exposure pathways. No risks via the inhalation exposure pathway were identified in the assessment for construction workers during construction activities. The proposed environmental cap and associated maintenance and long-term monitoring requirements required for the cap block all soil exposure pathways and represent an appropriate mechanism to protect public health and the environment.

10. Groundwater at the site is not used as a potable water supply and public water and sanitary sewer services are provided by Baltimore City. Groundwater ingestion and dermal contact were evaluated for comparative purposes only and dermal contact with groundwater, if encountered during construction activities, is covered under a site-specific Health and Safety Plan.

11. Vapor intrusion to indoor air from volatile contaminants present in groundwater, soil and soil gas was evaluated for the site and based upon identified risks from VOCs on site an environmental response was required. A vapor barrier serves as an appropriate mechanism to protect all users of the facility from vapor intrusion to indoor air. The proposed vapor system on building(s) is protective of public health. MDE has reviewed and required vapor system construction on many sites within the VCP, as well as the State Superfund, and experience has shown that the systems are effective and protective of indoor air quality. Experience has also shown that long term monitoring in excess of that proposed within the response action plan ("RAP") is not necessary. As an additional measure to reduce the source of the subsurface vapor contamination, CBAC

Gaming has included vapor extraction points and an active vapor mitigation system at those locations containing the highest source of the VOC contamination.

12.  Dr. Kool states in his affidavit that persons who are users of the trails, pathways and waterways adjacent to the Site are at significantly heightened risk to be adversely affected by the movement of the known contamination into the groundwater and into the Middle Branch of the Patapsco River, as well as at a significantly higher risk of exposure to the known contamination through their use of the trails adjacent to the site. This assertion implies that contamination is migrating from the site and discharging to the surface soils along the park trails and into the Middle Branch at concentrations that would pose a heightened risk to public health. MDE has conducted numerous investigations in cooperation with the City of Baltimore to characterize the area(s) Dr. Kool references. Dr. Kool implies that groundwater is the mechanism by which exposure along the trails may occur. The groundwater exposure pathway along the trails is incomplete to those using the park. No users of the park would be expected to come in contact with groundwater for any duration of consequence and the only relevant exposure pathways along the park are soil exposure pathways. Data collected throughout the area including the Gateway South and Warner Street Properties, the Carroll Camden area, Warner Street Business Center Properties and the Warner Street Wetlands indicates the presence of intermittent sources of SVOC and metals contamination throughout the area. This contamination does not emanate from the Gateway South and Warner Street Properties; it is indicative of disperse sources of contamination that are a result of historic filling and industrial activities along Baltimore's waterfront. MDE is aware of soil contamination

present on and around the park and trails. It is currently working with Baltimore City to address these areas.

13. Regarding discharges to surface waters of the Middle Branch and potential impacts to public health, MDE has reviewed and evaluated surface water and sediment data collected during brownfields investigations along the shoreline and has identified no concentrations of VOCs, which are the only contaminants present on the site that could migrate at significant concentrations via the groundwater. To date there are no VOCs present in surface waters of the State that would warrant additional investigations of the site in question to ensure protection of public health. As recently as this spring ARM group collected surface waters along the Middle Branch at areas that could potentially represent worst case scenario discharge points. This data as well as all other collected over the history of this area identified no VOCs present in the surface waters of the State that would merit further investigation of VOCs.

14. Dr. Kool expresses concern regarding surface water public health exposures from potential sources on the property and the potential for heightened risks. As stated in paragraph 13, no VOCs are present in surface waters of the State at concentrations meriting further consideration. Previous assessments have identified metals and SVOCs, specifically Polycyclic Aromatic Hydrocarbons (PAHs) in the sediment. These sediment contaminants are known to result from Baltimore's waterfront industrial past and are not emanating or discharging from the site at concentrations of concern and are found throughout the Middle Branch and the Patapsco River. The MDE has numerous

programs within the Water Management Administration and Science Services Administration that are working to restore these water bodies.

15. Another potential surface water exposure pathway of concern is fish and crab consumption and the MDE has posted on its website specific fish consumption guidelines for the Middle Branch, Baltimore Harbor and Patapsco River. These fish consumption advisories are based on the presence of PCBs present in fish tissue. No PCB areas of concern were identified on site and PCBs were not detected at levels of concern in soil or groundwater on site. Based upon these facts the subject property does not represent a source or contribute to any fish consumption advisory for the Middle Branch.

16. Dr. Kool states the RAP does not reduce toxicity, mobility or volume of contamination and may mobilize contamination into the air and groundwater. These assertions are not accurate as the RAP proposes removal of arsenic soil contamination, removal of Underground Storage Tanks (USTs) and corresponding petroleum soil contamination, and active venting of chlorinated VOCs in those areas containing the highest concentrations of VOCs. Additionally, the property will be capped thereby blocking all soil exposure pathways. Removal activities, venting and capping are common remedial activities at brownfields sites and those proposed at this site reduce toxicity, mobility and volume of contamination. The opinion that construction activities will exacerbate and mobilize contamination is not based upon any facts or current conditions at the site. Construction activities are conducted following all existing environmental permitting requirements to ensure soils do not leave the site at levels of

concern that would impact surrounding properties or the waters of the State. The construction activities at this site and most environmental cleanups are temporal in nature and given the concentrations of contamination present on this site in groundwater and soil it is extremely unlikely that construction activities would mobilize contaminants at levels of concern that warrant any additional monitoring or investigation on site. Brownfields cleanups and developments like this one put in place engineering and land use controls that ensure the long term integrity of the site and that the controls are maintained in a manner that is protective of public health and the environment in perpetuity.

**I SOLEMNLY AFFIRM** under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_8/8/2013_  
Date

_[signature]_  
Mark Mank

Mark Mank

WORK EXPERIENCE

06/05-present   *Voluntary Cleanup Program, Section Head Geologist V/Toxicologist Waste Management*
*Maryland Department of the Environment (MDE)*
*1800 Washington Blvd.*
*Baltimore, MD 21230-1719*

Serve as Statewide Section Head for the MDE Voluntary Cleanup Program and Toxicologist for the Land Restoration Program (LRP). Supervise, coordinate and evaluate the daily activities of geologists and environmental scientists within the VCP. Provide technical oversight to VCP staff in the characterization, cleanup and reuse of contaminated sites in the VCP ensuring timely redevelopment while being protective of public health and the environment. Supervise the preparation of environmental reports and technical documents detailing geologic and environmental investigations. Function as the lead authority on human/public health related issues and potential ecological impacts involving exposure to toxic substances and environmental contaminants for the VCP, State Superfund, Brownfields and Federal Facilities as well as other Programs within the Waste Management Administration. Represent the Department at public meetings, hearings, court trials and training seminars provide technical expertise in toxicology, environmental biology, chemistry and the VCP enabling the Department to meet its goals of protecting public health and the environment from potential impact of toxic substances. Hire, train and supervise members of the LRP staff in the areas of environmental chemistry, risk assessment, site investigation and site cleanup. Solicit and evaluate cost estimates for contractor services required for investigating contaminated sites.

04/01-present   *Environmental Toxicologist/Class Environmental Specialist V, Section Head*
*Maryland Department of the Environment (MDE)*
*1800 Washington Blvd.*
*Baltimore, MD 21230-1719*

Provide scientific analysis of data supporting the Waste Management Administration (WMA) of the Maryland Department of the Environment. Serve as the lead authority on human/public health related issues and potential ecological impacts involving exposure to toxic substances and environmental contaminants for the Maryland Voluntary Cleanup Program, State Superfund Program, Brownfields Program, Federal Facilities and Department of Defense Programs within the WMA. Provide technical expertise in toxicology, environmental biology, risk assessment and chemistry that enables the Department to meet its goals of protecting public health and the environment from potential impact of toxic substances. Routinely review and draft detailed human health and environmental/ecological risk assessments to determine if they meet MDE and EPA risk assessment guidelines. Provide consultation to project managers in the WMA on environmental exposures and related health risks. Determine appropriate land use and land redevelopment and development exposure scenarios that encourage reuse of sites with potential environmental contamination. Assist in the development, publication and updating of the MDE Soil and Groundwater Cleanup Standards, August 2001. Serve as the lead scientist for the Environmental Restoration and Redevelopment Program analytical chemistry screening-laboratory, which utilizes XRF, immunoassay, GCMS and ENVIROL screening technology in the analysis of environmental samples. Supervise the daily activities of one Department toxicologist and a team of laboratory staff.

**EXHIBIT C-1**

Mark Mank

Recommend and design programs and projects like the WMA laboratory and develop and implement advanced scientific methods in the fields of environmental chemistry and toxicology. Hire and train members of the WMA staff in the areas of environmental chemistry, risk assessment and site investigation and sampling. Conduct performance evaluations of personnel. Routinely manage and organize a host of projects within the WMA to ensure timely completion of projects to meet client and regulating authority deadlines. Regularly participate in meetings and teleconferences with interested parties, citizens, EPA contacts, consultants, local and State officials and attorneys and convey the necessary information concerning risk management and land use and redevelopment practices. Provide senior Department officials and Attorney Generals Office with technical guidance on risk assessment and risk management topics that allow them to make policy and land use decisions that are protective of the environment and public health. Testify as a subject matter expert during court trials regarding permit applications and toxicology.

5/00-6/01

*Environmental Toxicologist/Class Environmental Specialist IV*
*Maryland Department of the Environment (MDE)*
*1800 Washington Blvd.*
*Baltimore, MD 21230-1719*

Provided scientific analysis of data supporting the Waste Management Administration (WMA) of the Maryland Department of the Environment. Served as authority on human health related issues and potential ecological impacts involving exposure to toxic substances and environmental contaminants for the Maryland Voluntary Cleanup Program, State Superfund Program and Federal Facilities and Department of Defense Programs within the WMA. Provided technical expertise in toxicology, environmental biology and chemistry to enable the Department to meet its goals of protecting public health and the environment from potential impact of toxic substances. Routinely reviewed and drafted detailed human health and environmental/ecological risk assessments to determine if they meet MDE and EPA risk assessment guidelines. Provided consultation to project managers in the WMA on environmental exposures and related health risks. Determined appropriate land use and land redevelopment exposure scenarios associated with cleanup criteria development to encourage reuse of sites with potential environmental contamination. Assisted in the development and publication of the MDE Soil and Groundwater Cleanup Standards, December 2000. Serve as the lead scientist for the Environmental Restoration and Redevelopment Program analytical chemistry screening-laboratory, which utilizes XRF, immunoassay, GCMS and ENVIROL screening technology in the analysis of groundwater and soil samples. Train members of the WMA staff in the areas of environmental chemistry, risk assessment, site investigation and sampling. Routinely managed a host of projects within the WMA to ensure timely completion of projects to meet client and regulating authority deadlines.

1995-2000

*Aquatic Toxicology Laboratory Supervisor*
*Wildlife International, Ltd.*
*8598 Commerce Drive*
*Easton, MD 21601*
*Supervisor: Dr. James Swigert 410 822 8600*

Directed the design and execution of a variety of acute and chronic toxicological bioassays focusing on the hazards and toxicological effects of pesticides, herbicides,

Mark Mank

fungicides and industrial chemicals to aquatic and terrestrial organisms. Supervised the daily activities of a team of eight to twelve biologists, chemists, facility engineers and laboratory technicians. Hired and trained members of the laboratory staff to perform the duties and responsibilities of their positions with regards to technical expertise and compliance with company and federal regulations. Conducted performance evaluations of personnel. Developed testing schedules in conjunction with the internal analytical chemistry and quality assurance units and external contractors. Designed and oversaw the construction and design of a variety of flow-through and static aquatic testing systems as well as waste water discharge and water delivery systems within the facility. Oversaw data collection ensuring integrity and compliance with EPA Good Laboratory Practice Regulations. Coordinated maintenance and purchasing of equipment, aquatic animal and aquatic plant culture maintenance, laboratory safety programs and development of Standard Operating Procedures within the laboratory. Functioned as Study Director on sensitive projects for European and stateside clientele. Assisted in protocol development, data analysis and interpretation, statistical manipulation and reporting of study findings of data supporting registration of products regulated by FIFRA, TSCA, OECD and OPPTS. Developed and implemented, in conjunction with client services, test designs and pricing that met both client expectations and federal regulations. Implemented and developed new test designs in evolving areas of toxicology. Additionally, assisted in budget preparations, cost structuring of studies and turning multi-million dollar department into profitable sector of the company during tenure.

1990-1995   *Aquatic Biologist, Wildlife International, Ltd.*
Conducted bioassays with fresh and salt-water test organisms. Specialized in early life-stage, full life-cycle and bioconcentration toxicity tests with fish and invertebrates on a wide variety of industrial and agricultural chemicals and wastewater effluents. Collaborated with industry experts and led laboratory in the development and implementation of chronic testing programs. Maintained equipment and developed new operating procedures within the laboratory. Collected biological and environmental data and assisted in statistical interpretation and report writing of results. Experienced in avian animal husbandry and maintenance. Trained new employees in use of TOXSTAT, SPSS and associated software.

EDUCATION

1985-1990   University of Delaware, Newark, DE 19711
Bachelors Biological Science

1993-1996   Johns Hopkins University, Baltimore, MD 21212
MS, Interdisciplinary Science, Environmental Science

PAPERS AND PRESENTATIONS

- State of Maryland Department of the Environment Cleanup Standards for Soil and Groundwater, August 2001, Interim Guidance, Environmental Restoration and Redevelopment Program.

- Drottar, K.R., Mank, M.A., Palmer, S.J., Sulaiman, M.W., and Springer, T.S., Wildlife International, Ltd., Easton, MD; Steen, A.E., American Petroleum Institute,

Mark Mank

    Washington, D.C.; Rausina, G.A., Chevron Research & Technology Co., Richmond, CA.; Wong, D.C.L., Shell Development Co., Houston, TX; Arnold, R.W., Exxon Biomedical Sciences Inc., East Millstone, NJ, 1998. Toxicity of Methyl Tertiary-Butyl Ether (MTBE) to Selected Marine and Freshwater Organisms. SETAC, 1998.

- Mank, M.A., 1996. The Chronic Effects of Acetone on the Fathead Minnow (*Pimephales promelas*) During Early Life-Stage Development. Graduate project submitted to Johns Hopkins University, Baltimore, Maryland, SETAC, 1996.

- Mank, M.A., 1994. Historical Development and Current Status of Food and Drug Administrations Good Laboratory Practice Regulations. Johns Hopkins University, Baltimore, Maryland.

JOB RELATED SKILLS

-EPA Risk Assessment Guidance training
-EPA Water Quality Standards Academy, 40-hour OSHA training
-Johnson and Ettinger Soil and Groundwater Vapor Intrusion Modeling Training
-Familiar with commercially available software packages, Microsoft Office, TOXSTAT, SPSS, BIOCHLOR groundwater attenuation model
-Interact with EPA Region 3, ATSDR, CDC regarding appropriateness and applicability of standard risk assessment exposure defaults and derivation of RBC table values
-Develop standard operating procedures in ERRP laboratory
-Recognize and meet regulatory and Departmental deadlines associated with ERRP projects
-Familiar with a wide variety of equipment used in aquatic and field ecotox testing as well as analytical chemistry equipment, XRF, GCMS, immunoassay
-Interpreted and integrated into practice EPA, FDA, OSHA, GMP and GLP regulatory guidelines into daily laboratory operations
-Conducted and reviewed a wide variety of aquatic and to a lesser degree avian and terrestrial toxicity studies
-Experienced in technical writing, report generation and formatting and peer review of scientific documents and papers
-Assisted in budget preparation, cost structuring and capital purchases of equipment at Wildlife International Ltd.

AFFLIATIONS
Society of Environmental Toxicology and Chemistry

References and transcripts will be provided as needed.