IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **JAMES R. ROBINSON, et al.** | * |
| Plaintiffs, | * Case No. 1:13-cv-02234-RDB |
| v. | * |
| **STATE OF MARYLAND DEPARTMENT OF THE ENVIRONMENT and ROBERT SUMMERS, in his official capacity as Secretary of the Maryland Department of Environment, et al.** | * * * |
| Defendants. | * |

* * * * * * * * * * * *

### REQUEST FOR REISSUANCE OF SUMMONS

Please reissue a summons in this case for Defendant, CBAC Gaming, LLC, c/o CSC-Lawyers Incorporating, Service Company, 7 Saint Paul Street, Suite 1660, Baltimore, Maryland 21202, and return same to undersigned counsel for service.

/s/
Walter W. Green #15007
Law Office of Walter W. Green
7309 Baltimore Avenue
Suite 115
College Park, MD 20740
Telephone: (301) 927-3100
Facsimile: (301) 927-3542
wgreen@GreensLaw.com

1

/s/
_____
Anuj Sud  Fed. Bar No. 17126
Sud Law Firm
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
(301) 277-0304
Fax: (301) 277-0305
anuj@sudlawfirm.com

Attorneys for Plaintiffs